UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARTIN STANLEY IVIE,

           Petitioner,

   v.

RONALD HAYNES,

           Respondent.

CASE NO. 3:22-cv-05197-RSM-BAT

**ORDER OF DISMISSAL AND REFERENCE TO CIRCUIT COURT**

Having reviewed the Report and Recommendation of the assigned United States Magistrate Judge, any objections, and the remaining record, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation.

(2) The case is dismissed without prejudice and the Clerk shall refer the federal habeas petition to the Circuit Court of Appeals for the Ninth Circuit for review as a second or successive habeas petition under Circuit Rule 22-3(a).

(3) The Clerk is directed to send copies of this Order to the parties.

DATED this 9th day of May, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE